CJF4.22.19
MG/LE: USAO 2018R00925

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 APR 23 PM 5: 19

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. DKC-19-0204 |
| v. | * | |
| | * | (Hobbs Act Robbery Conspiracy, 18 |
| DONTE LAMONT DINGLE, | * | U.S.C. § 1951(a); Hobbs Act Robbery, |
| a.k.a. KANE, | * | 18 U.S.C. § 1951(a); Using, Carrying, |
| a.k.a. DONTE DINGOL, | * | and Brandishing a Firearm During and |
| a.k.a. DONTA DINGLE, | * | In Relation To a Crime of Violence, 18 |
| a.k.a. DANTE DINGLE, | * | U.S.C. § 924(c); Felon in Possession of |
| | * | a Firearm, 18 U.S.C. § 922(g); Aiding |
| | * | and Abetting, 18 U.S.C. § 2) |
| Defendant | * | |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Hobbs Act Robbery Conspiracy)

The Grand Jury for the District of Maryland charges that:

#### Introduction

1. At all times material to this Indictment, the Euro Liquors, located at 10512 Reisterstown Road, Owings Mill, Maryland 21117, was engaged in retail sales of consumer products obtained from vendors within and outside the state of Maryland, and as such is a business which affects interstate commerce.

2. At all times material to this Indictment, the Fifth Avenue Liquors, located at 508 Crain Highway, Glen Burnie, Maryland 21061, was engaged in retail sales of consumer products obtained from vendors within and outside the state of Maryland, and as such is a business which affects interstate commerce.

3. At all times material to this Indictment, the One Stop Convenience & Deli, located at 11700 Reisterstown Road, Reisterstown, Maryland 21136, was engaged in retail sales of

consumer products obtained from vendors within and outside the state of Maryland, and as such is a business which affects interstate commerce.

## The Conspiracy to Commit Robberies

4. Between on or about June 21, 2018 and continuing through on or about July 12, 2018, in the District of Maryland, the defendant,

**DONTE LAMONT DINGLE**

did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to obstruct, delay, and affect commerce and the movement of an article and commodity in commerce by robbery, as those terms are defined in Title 18, United States Code, Section 1951(b), by the unlawful taking of business proceeds and money from the person and presence of persons employed at commercial businesses that were engaged in interstate and foreign commerce, in violation of 18 U.S.C. § 1951(a).

## Manner and Means of the Conspiracy to Commit Robberies

5. It was part of the conspiracy that **DONTE LAMONT DINGLE ("DINGLE")** and others planned to and did rob, at gunpoint, commercial businesses of United States currency.

6. It was further part of the conspiracy that **DINGLE** and others would enrich themselves and share the proceeds from the robberies.

## Overt Acts

7. During the course of and in furtherance of the conspiracy, and to effect the objects thereof, **DINGLE** and other committed and caused to be committed the following acts, among others, in the District of Maryland:

    a. On or about June 21, 2018, **DINGLE** and others traveled in a Nissan Altima to the Euro Liquors, located at 10512 Reisterstown Road, Owings Mill, Maryland 21117.

b.  On or about June 21, 2018, **DINGLE** approached employees of the Euro Liquors.

c.  On or about June 21, 2018, at approximately 9:42 p.m., **DINGLE** brandished a firearm inside the Euro Liquors.

d.  On or about June 21, 2018, **DINGLE** did forcibly steal, at gunpoint, store proceeds, as well as U.S. currency belonging to the lottery, from employees of the Euro Liquors.

e.  On or about July 5, 2018, **DINGLE** and others traveled to the Fifth Avenue Liquors, located at 508 Crain Highway, Glen Burnie, Maryland 21061.

f.  On or about July 5, 2018, **DINGLE** approached employees of the Fifth Avenue Liquors.

g.  On or about July 5, 2018, at approximately 9:29 p.m., **DINGLE** brandished a firearm inside the Fifth Avenue Liquors.

h.  On or about July 5, 2018, **DINGLE** did forcibly steal, at gunpoint, store proceeds, as well as U.S. currency belonging to the lottery, from employees of the Fifth Avenue Liquors.

i.  On or about July 12, 2018, **DINGLE** and others traveled in a Nissan Altima to the One-Stop Convenience and Deli, located at 11700 Reisterstown Road, Reisterstown, Maryland 21136.

j.  On or about July 12, 2018, **DINGLE** approached employees of the One-Stop Convenience and Deli.

k.  On or about July 12, 2018, at approximately 11:30 p.m., **DINGLE** brandished a firearm inside the One-Stop Convenience and Deli.

1. On or about July 12, 2018, **DINGLE** did forcibly steal, at gunpoint, store proceeds, as well as U.S. currency belonging to the lottery, from employees of the One-Stop Convenience and Deli.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## COUNT TWO
### (Hobbs Act Robbery)

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Paragraph 1 of Count One are incorporated here.

2. On or about June 21, 2018, in the District of Maryland, the defendant

## DONTE LAMONT DINGLE

did knowingly and intentionally obstruct, delay, and affect commerce, and attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant **DONTE LAMONT DINGLE** unlawfully did knowingly take and obtain property consisting of U.S. Currency from the person and presence of employees of Euro Liquors, located at 10512 Reisterstown Road, Owings Mill, Maryland 21117, against the employees' will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employees' persons by means of a firearm and deadly weapon.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## COUNT THREE
### (Using, Carrying, and Brandishing a Firearm During and In Relation To a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about June 21, 2018, in the District of Maryland, the defendant

## DONTE LAMONT DINGLE

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Hobbs Act Robbery in violation of Title 18, United States Code, Section 1951(a), as more fully set forth in Count Two of this Indictment.

18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 2

## COUNT FOUR
## (Hobbs Act Robbery)

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Paragraph 2 of Count One are incorporated here.

2. On or about July 5, 2018, in the District of Maryland, the defendant

**DONTE LAMONT DINGLE**

did knowingly and intentionally obstruct, delay, and affect commerce, and attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant **DONTE LAMONT DINGLE** unlawfully did knowingly take and obtain property consisting of U.S. Currency from the person and presence of employees of Fifth Avenue Liquors located at 508 Crain Highway, Glen Burnie, Maryland 21061, against the employees' will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employees' persons by means of a firearm and deadly weapon.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## COUNT FIVE
### (Using, Carrying, and Brandishing a Firearm During and In Relation To a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about July 5, 2018, in the District of Maryland, the defendant

**DONTE LAMONT DINGLE**

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Hobbs Act Robbery in violation of Title 18, United States Code, Section 1951(a), as more fully set forth in Count Four of this Indictment.

18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 2

## COUNT SIX
### (Hobbs Act Robbery)

The Grand Jury for the District of Maryland further charges that:

1. The allegations of Paragraph 3 of Count One are incorporate here.

2. On or about July 12, 2018, in the District of Maryland, the defendant

### DONTE LAMONT DINGLE

did knowingly and intentionally obstruct, delay, and affect commerce, and attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant **DONTE LAMONT DINGLE** unlawfully did knowingly take and obtain property consisting of U.S. Currency from the person and presence of employees of the One Stop Convenience & Deli located at 11700 Reisterstown Road, Reisterstown, Maryland 21136, against the employees' will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employees' persons by means of a firearm and deadly weapon.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## COUNT SEVEN
### (Using, Carrying, and Brandishing a Firearm During and In Relation To a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about July 12, 2018, in the District of Maryland, the defendant

### DONTE LAMONT DINGLE

did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Hobbs Act Robbery in violation of Title 18, United States Code, Section 1951(a), as more fully set forth in Count Six of this Indictment.

18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 2

## COUNT EIGHT
### (Felon in Possession of a Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about July 20, 2018, in the District of Maryland, the defendant,

## DONTE LAMONT DINGLE

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: a Bryco Arms model T380, .380 caliber pistol, bearing serial number 1477675, and 40 rounds of .380 caliber ammunition and 9 rounds of 9mm ammunition.

18 U.S.C. § 922(g)(1)

*[signature]*
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

SIGNATURE REDACTED

FOREPERSON

4-23-19
DATE